1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YENG CONG HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00166-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR FINGERPRINT EXEMPLARS |
| YENG CONG HONG, et al., | ) Date: none |
| Defendants. | ) Time: none<br>) Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED between the parties, TODD LERAS, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant YENG CONG HONG; that the Court order the Defendant YENG HONG be brought to the U.S. Marshals Office, and that he submit to the taking of fingerprint exemplars by the U.S. Marshals. As grounds for this request the parties state that the Government's fingerprint expert examined the latent fingerprint evidence but was not able to determine whether several prints were from Yeng Hong due to a lack of clarity in part of Mr. Hong's fingerprint exemplars.

///

///

Dated: October 18, 2012               Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Doug Beevers
                                      DOUG BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      YENG CONG HONG

Dated: October 18, 2012               BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Todd Leras
                                      TODD LERAS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, Yeng Hong and the United States, it is ordered that Yeng Hong submit to the taking of fingerprint exemplars at the U.S. Marshals Office in Sacramento within 10 days. The U.S. Marshals are authorized to transport Yeng Hong from the Sacramento County jail to their office for the taking of fingerprints.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                        -2-