```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YENG CONG HONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>YENG CONG HONG,<br>et al.,<br><br>           Defendants. | No. 2:11 CR 00166-MCE<br><br>STIPULATION AND<br>TO CONTINUE DISCOVERY MOTION<br>HEARING<br><br>Date: October 31, 2012<br>Time: 2:00 p.m.<br>Judge: |

IT IS HEREBY STIPULATED between the parties, TODD LERAS, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant YENG CONG HONG hereby stipulate that the discovery motion set for October 31, 2012 be reset to November 6, 2102.

Dated: October 30, 2011         Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        */s/ Doug Beevers*
                                        DOUG BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        YENG CONG HONG

Dated: October 30, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  */s/ Todd Leras*
                                 TODD LERAS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing on defendant Yend Hong's discovery motion presently set for October 31, 2012, be continued to November 6, 2012, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows.

DATED: October 31, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
hong0166.stipord.disc.mot.

Stip and Order                              -2-