DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YENG CONG HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11 CR 00166-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND TO CONTINUE |
| v. ) | DISCOVERY MOTION HEARING |
| ) | |
| YENG CONG HONG, ) | Date: November 6, 2012 |
| et al., ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Gregory G. Hollows |
| Defendants. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, TODD LERAS, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant YENG CONG HONG hereby stipulate that the discovery motion set for November 6, 2012 be reset to November 9, 2012.

Dated: November 5, 2012          Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Doug Beevers*
                                      DOUG BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      YENG CONG HONG

```
Dated: November 5, 2012            BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Todd Leras
                                   TODD LERAS
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing on defendant Yeng Hong's discovery motion presently set for November 6, 2012, be continued to November 9, 2012, at 2:00 p.m.

Dated:  November 6, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE