```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```




NOV 1 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-0166 MCE |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS |
| v. | |
| YENG HONG, | |
| Defendant. | |

Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charges in the Indictment against defendant Yeng Hong. Yeng Hong is facing a charge of violating California Penal Code Section 288(a) (lewd and lascivious conduct with a child under the age of fourteen), which was discovered during the course of this investigation. In light of the resolution of this case as to all other co-defendants, the government believes that it is in the interest of justice for the Court to dismiss the marijuana

Government's Motion to Dismiss

1 | manufacturing charges pending against defendant Yeng Hong to ensure
2 | a prompt disposition of the pending state charges involving a child
3 | victim.

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: November 16, 2012       /s/ Todd D. Leras
                                            TODD D. LERAS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Government's Motion to Dismiss    2

## O R D E R

Based on the government's motion, it is hereby ordered that the charges against defendant Yeng Hong, Counts One, Two, and Four in the Indictment, are dismissed without prejudice. The jury trial set for November 26, 2012, is vacated.

DATED:  11·16·12

HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE