UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>YENG CONG HONG,<br><br>      Defendant.<br>_____/ | Case No. 2:11-cr-00166-01-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release YENG CONG HONG, Case No. 2:11-cr-00166-01, from custody for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $____

    ___    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_    (Other): Pursuant to the November 16, 2012 Order (ECF No. 125) Granting the Motion to Dismiss against defendant, YENG CONG HONG.

Issued at Sacramento, California on November 20, 2012 at 9:32 a.m.

Dated: November 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE